IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JARROD MARTIN, <br> Dall. Cnty. Jail BookIn No. 23044578, <br><br> *Plaintiff,* <br><br> v. <br><br> UNKNOWN OFFICERS, <br><br> *Defendants.* | § § § § § § § § § § § | <br><br><br><br><br> Civil Action No. 3:24-CV-0167-X-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 10). Plaintiff Jarrod Martin filed objections and a motion for leave to file an amended complaint. (Docs. 11, 12). After careful consideration, the Court concludes that the allegations included in the proposed amendment do not cure the deficiently pled deliberate indifference claim. Thus, leave to amend in this instance would be futile. The Court therefore **DENIES** the motion for leave to file an amended complaint. (Docs. 11, 12).

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (Doc. 10).

**IT IS SO ORDERED** this 22nd day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE